UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTON MCCULLOUGH, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:21-0691 |
| v. | : | (JUDGE MANNION) |
| KEVIN RANSOM, et al., | : | |
| Defendants | : | |

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion for judgment on the pleadings (Doc. 6) is **DENIED**.

2. Discovery shall be completed on or before March 23, 2022. In accordance with Local Rule of Court 5.4(b), the parties shall refrain from filing discovery requests with the Court.

3. On or before April 4, 2022, the parties shall **NOTIFY** the Court as to whether they are agreeable to mediation.

4. Dispositive motions shall be filed on or before April 25, 2022.

5. No extensions of the pre-trial schedule shall be granted absent good cause. See Fed.R.Civ.P. 16(b).

6. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of court, shall be stricken from the record.

7. The scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 14, 2022**
21-0691-01-ORDER